UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SABLE SMITH, | |
| Plaintiff, | CASE NO. C18-1672-RSL |
| v. | |
| NICCOLLAS BLACKWELL, | ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendant. | |

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 28th day of November, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: IFP APPLICATION
PAGE - 1