UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SABLE SMITH,

    Plaintiff,

v.

NICCOLLAS BLACKWELL,

    Defendant.

CASE NO. C18-1672RSL

ORDER OF DISMISSAL

On November 29, 2018, plaintiff was ordered to file an amended complaint which clearly and concisely states facts showing that venue is proper in this district under 28 U.S.C. § 1391 (or any other venue statute) and identifies the acts of which defendant is accused and how those acts violated plaintiff's legal rights. Dkt. # 4. Plaintiff failed to timely respond. The above-captioned matter is hereby DISMISSED for lack of venue and failure to state a claim upon which relief can be granted.

Dated this 5th day of February, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL